■ In the Matter of GOTTLIEB v MIRABAL.—Motion granted wherein it seeks reargument and, upon reargument, the following sentence is added to the last line of the final paragraph of the memorandum decision accompanying this court's order [123 AD2d 574], entered on October 21, 1986, and to the last line of the decretal paragraph of such order: "We have considered petitioner's remaining contentions, and find that they are lacking in merit." The motion is otherwise denied. Concur—Kupferman, J. P., Fein, Milonas, Rosenberger and Ellerin, JJ.

(January 15, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL REYES, Appellant.—Defendant's appeal from a judgment of the Supreme Court, New York County (Dontzin, J.), rendered May 23, 1985, convicting him of a violation of probation and sentencing him to a term of from 1½ to 4½ years' imprisonment to be served consecutively to a term of 2½ to 5 years which he was then serving on a Bronx County conviction, is held in abeyance and the matter remanded to the sentencing court for clarification whether the sentence was based upon an updated presentence report *(see,* CPL 390.20 [1]). Concur—Murphy, P. J., Sandler, Sullivan, Asch and Lynch, JJ.